**STATE of Texas, Appellant,**

v.

**:Minnie RYDEL, a Widow, et al., Appellees.**

**No. 3714.**

Court of Civil Appeals of Texas.

Waco.

March 17, 1960.

Will Wilson, Atty. Gen., for appellant.

Dunnam & Dunnam, Waco, for appellees.

McDONALD, Chief Justice.

This is an appeal by the State of Texas from an award made to a property owner in a condemnation case. Transcript and Statement of Facts were duly filed. Orders were entered allowing appellant until 23rd February, 1960 to. filed brief. Appellant has filed no brief, nor requested additional time. From the foregoing, it is our view that this cause should be dismissed. See Rule 415, Texas Rules of Civil Procedure.

Accordingly, this cause is dismissed.